U. S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Kenney, Jason on 4/20/2011 at 9:52 PM CDT and filed on 4/20/2011
**Case Name:** In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
**Case Number:** 2:10-cv-08888-CJB-SS
**Filer:**
**Document Number:** 72047

**Docket Text:**
**Short-Form Joinder of Scobel Marine, Inc., 7141.(Kenney, Jason)**

2:10-cv-08888-CJB-SS Notice has been electronically mailed to:

2:10-cv-08888-CJB-SS Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/20/2011] [FileNumber=4917437-0
] [683805e414b25b178a5d1159763ce99392a559dc353eb3db6188ba7de329acdbc8d
7ee8a14b3ecf99b5f8e9ae2d0301b1e05337ecf1a8955b755775b43e385cc]]

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS -- PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Emmett | Scobel | L | |

| Phone Number | E-Mail Address |
|---|---|
| (504) 433-5005 | |

| Address | City / State / Zip |
|---|---|
| P.O. Box 669 | Belle Chasse, Louisiana, 70037 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☒ |
|---|---|
| Employer Name | Business Name: Scobel Marine, Inc. |
| Job Title / Description | Type of Business: Crew Boat Rental Service |
| Address | Address: P.O. Box 669 |
| City / State / Zip | City / State / Zip: Belle Chasse, Louisiana, 70037 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 7141 |

| Attorney Name: Jason R. Kenney | Firm Name: Staines & Eppling, APLC |
|---|---|
| Address: 3500 North Causeway Blvd., Suite 820 | City / State / Zip: Metairie, Louisiana, 70002 |
| Phone Number: (504) 838-0019 | E-Mail Address: jason@staines-eppling.com |

| Claim filed with BP? YES ☐ NO ☒ | Claim Filed with GCCF?: YES ☐ NO ☒ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**
- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

    Scobel Marine, Inc. (hereinafter referred to as "Sun Boats") is a crew boat rental company that services customers in the Gulf of Mexico and coastal waters of Mississippi, Louisiana and Texas.

    Scobel Marine has incurred and continues to incur injuries and damages which were directly and proximately caused by the inattention, negligence and/or gross negligence of the Plaintiffs in Limitation and/or as a result of the unseaworthiness of the DEEPWATER HORIZON. Scobel Marine injuries and damages include, but are not limited to lost earnings, lost profits, lost earning potential and lost revenue which are directly and proximately caused by the oil spill's damages to the Louisiana waters, marshes and wetlands, business closures/cutbacks due to the oil spill, decreased accessibility to coastal and offshore waters, decreased accessibility to offshore and coastal platforms and structures, closure of the marshes, wetlands and waters, inability to dispatch essential personnel and vessels due to safety concerns regarding contact with known toxic and hazardous materials resulting from the oil spill, the drilling moratorium, volatility of the marine and oil field industry, ongoing expenses, and other factors which will be proven at trial. Additionally, Scobel Marine has incurred and continues to incur increased expenses including, but not limited to, advertising, marketing, mitigation and other costs to counter act the negative perception and to increase revenues, profits, earning and earning potential to their pre-spill levels.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill
- [ ] 10. Person who utilizes natural resources for subsistence
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Jason R. Kenney (29933)
Print Name

April 20, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*